```
 1 │ RANDY S. GROSSMAN
   │ Acting United States Attorney
 2 │ KAREEM A. SALEM
   │ Assistant U.S. Attorney
 3 │ California Bar No: 288906
   │ Office of the U.S. Attorney
 4 │ 880 Front Street, Room 6293
   │ San Diego, CA 92101
 5 │ Tel: (619) 546-8904
 6 │ Attorneys for the United States
```



FILED

AUG 03 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>Oath Holdings Inc. (Yahoo)<br>701 First Avenue<br>Sunnyvale, CA 94089<br>Ryanmays628@yahoo.com | Case No.: 20MJ3740<br><br>**MOTION AND ORDER TO UNSEAL APPLICATION, AFFIDAVIT AND SEARCH WARRANT** |

The UNITED STATES OF AMERICA, by and through its counsel, RANDY S. GROSSMAN, Acting United States Attorney, and Kareem A. Salem, Assistant United States Attorney, hereby moves the Court to unseal the following sealed matter:

| Case No. | Description |
|---|---|
| 20mj3740 | Application, Affidavit, and Search Warrant for Yahoo account associated with "ryanmays628@yahoo.com" |

//
//
//
//

A United States Navy Sailor was arrested and charged under the Uniform Code of Military Justice as a result of the investigation that the above documents were executed in furtherance of. The United States requests this matter be unsealed so it may be disclosed to the Navy Sailor's legal defense team in the related case.

Respectfully Submitted,

RANDY S. GROSSMAN
Acting United States Attorney

DATED: August 2, 2021

KAREEM A. SALEM
Assistant U.S. Attorney

**SO ORDERED.**

DATED: August 2, 2021

HON. LINDA LOPEZ
United States Magistrate Judge

*Motion and Order to Unseal*